# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES JOHNSON, a/k/a　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
Seifullah Aziz Ali Diaab, ADC #86885

v.　　　　　　　　　　　　No. 5:03CV00468 JLH/JTR

GREGORY HARMON, Warden,
Arkansas Department of Correction, et al.　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by plaintiff. After carefully considering these documents and making a *de novo* determination of the matters to which plaintiff has objected, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's Complaint (Docket #2) and Amended Complaint (Docket #6) are DISMISSED, WITH PREJUDICE. Judgment will be entered in favor of defendants on all claims set forth in this § 1983 action.

IT IS SO ORDERED this 1st day of July, 2005.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE